Laura E. Krank
Attorney at Law: 220208
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail: rohlfing.kalagian@rksslaw.com

Attorneys for Plaintiff
Dana Benjamin

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA BENJAMIN,<br><br>Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>Defendant | Case No.: 5:13-cv-02343-E<br><br>{~~PROPOSED~~} ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $3,600.00 as authorized by 28 U.S.C. § 2412, and costs in the amount of $0.00 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: 12/19/14

THE HONORABLE CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE